[No. 12837-7-III.    Division Three.    April 5, 1994.]

IRMA LA COURSIERE, *Respondent*, v. GEORGE MORGAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00766-6, F. James Gavin, J., entered October 19, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12440-1-III.    Division Three.    April 5, 1994.]

*In the Matter of the Marriage of* SUSAN ELAINE GRANT, *Respondent, and* GARY ROBERT GRANT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-3-00009-1, Michael E. Cooper, J., entered May 1, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 11363-9-III.    Division Three.    April 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORIO REYES BUSTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 83-1-00367-4, Michael W. Leavitt, J., entered January 16, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.